# Third District Court of Appeal

## State of Florida

Opinion filed September 22, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D20-1951
Lower Tribunal No. 19-15181
_____

**Ariel Syndicate 1901**,
Appellant,

vs.

**Fountainbleau Gardens Condominium Association, Inc.**,
Appellee.

An appeal from a non-final order from the Circuit Court for Miami-Dade County, Jose M. Rodriguez, Judge.

Berk, Merchant & Sims, PLC, and Patrick E. Betar, Melissa M. Sims, and Jonathan D. Tobin, for appellant.

Alvarez, Feltman, Da Silva & Costa, P.L., and Paul B. Feltman, and Brian C. Costa, for appellee.

Before SCALES, HENDON, and MILLER, JJ.

PER CURIAM.

Affirmed. See Sunshine State Ins. Co. v. Rawlins, 34 So. 3d 753, 755 (Fla. 3d DCA 2010) (finding "[t]he trial court did not abuse its discretion in allowing the appraisal to go forward on a dual track basis, while preserving all of [appellant]'s rights to contest coverage"); Paradise Plaza Condo. Ass'n, Inc. v. Reinsurance Corp. of N.Y., 685 So. 2d 937, 941 (Fla. 3d DCA 1996) (holding that "the order in which the issues of damages and coverage are to be determined respectively by arbitration and the court should be left within the discretion of the trial judge").